# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00739-CV

**In re New World Auto of Austin, Inc., d/b/a Capitol Kia**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   April 1, 2009